UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2009 SEP 30  P 3: 38
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| MARCHIAL DIAZ. ET AL : | |
| Plaintiffs : | |
| -vs- : | CIVIL NO. 3:09 cv 417 (PCD) |
| MADISON EARTH CARE SVC. : | |
| Defendants. : | |

## STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated at New Haven, Connecticut, this 30th day of September, 2009.

_____
Peter D. Goselin, Esq.
Attorney for Plaintiffs

_____
Robert D. Noonan, Esq.
Attorney for Defendants

## ORDER

The case, having been reported settled and the parties having stipulated to its dismissal, the case is dismissed with prejudice, reserving to each party the right to reopen the case for the purpose of enforcing the settlement provided a request to reopen is filed not later than thirty (30) days from the date of this Order. The court will retain jurisdiction for the purpose of any such request.

SO ORDERED.

Dated at New Haven, Connecticut, this 30th day of September, 2009.

/s/ Peter C. Dorsey, SUSDJ
───────────────────────────
Peter C. Dorsey, U.S. District Judge
United States District Court